IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 1:23-CR-10 |
| AHMED ALLAM | § | |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ahmed Allam, Defendant, and files this his Notice of Appeal to the Fifth Circuit Court of Appeals from the judgment and sentence in the above styled and numbered cause as entered by the Court on January 30, 2024.

Respectfully submitted,

THE GERTZ KELLEY LAW FIRM
Attorneys at Law
2630 Liberty
Beaumont, Texas 77702
P: (409) 833-6400
F: (409) 833-6401
E: rgertz@gertzlawyers.com
E: tkelley@gertzlawyers.com

*/s/ Ryan W. Gertz*
_____
RYAN W. GERTZ
STATE BAR NUMBER: 24048489
Attorney for Ahmed Allam

*/s/ Thomas W. Kelley*
_____
THOMAS W. KELLEY
STATE BAR NUMBER: 24072891
Attorney for Ahmed Allam

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 1st day of February, 2024.

/s/ Ryan W. Gertz
_____
RYAN W. GERTZ

/s/ Thomas W. Kelley
_____
THOMAS W. KELLEY