# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 28, 2024

Mr. Ahmed Abdalla Allam
Grady County Jail
215 N. 3rd Street
Chickasha, OK 73018

  No. 24-40065    USA v. Allam
          USDC No. 1:23-CR-10-1

Dear Mr. Allam,

Your court-appointed attorney has moved to withdraw from representing you in the above appeal, and requests that Elizabeth Emanuel be entered as substitute counsel. Your response must state if you want to proceed pro se or have attorney Elizabeth Emanuel represent you. We will submit the motion to withdraw, along with your response, to the court for ruling at the expiration of the **10 days**.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Dantrell L. Johnson, Deputy Clerk
          504-310-7689

cc:
    Ms. Elizabeth Emanuel
    Mr. Stephan Edward Oestreicher, Jr.
    Mr. John B. Ross
    Mr. Kevin Blake Ross
    Mr. Bradley Elliot Visosky