IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF-APPELLEE,<br><br>VS.<br><br>AHMED ABDALLA ALLAM,<br><br>DEFENDANT-APPELLANT. | No. 24-40065 |

# MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

This motion is brought forth by Ahmed Abdalla Allam ("Allam"). Allam moves the court for an order substituting Elizabeth Emanuel and withdrawing Kevin B. Ross as attorney of record for Defendant Allam in this matter. In support of this motion, Allam shows the following:

1. Allam was charged by a criminal complaint in the Eastern District of Texas on January 30, 2023. Allam was then indicted on February 1, 2023.

2. The judgment was signed in Allam's case on February 1, 2024.

1

3. Allam filed a notice of appeal on February 1, 2024. That same day, Allam filed a motion for leave to appeal in forma pauperis and a motion to appoint counsel.

4. Attorney Kevin Ross was appointed to represent Allam on February 5, 2024.

5. Elizabeth Emanuel has been retained to represent Allam in this appeal.

6. Elizabeth Emanuel is licensed to practice law in the State of Texas and is admitted to practice and remains in good standing in the United States District Courts for the Northern and Eastern Districts of Texas and the United States Court of Appeals for the Fifth Circuit.

7. Upon granting of said motion, Ms. Emanuel will file her notice of attorney appearance.

8. This motion is not brought for delay, but so that Allam may be represented by the counsel of his choice and that justice may be done.

WHEREFORE, premises considered, Allam prays that the court enter an order substituting Elizabeth Emanuel and discharging Kevin B. Ross as attorney of record in this case.

Respectfully submitted,

/s/ Kevin B. Ross
Kevin B. Ross
Law Office of Kevin B. Ross, PC
8150 N. Central Expy, Ste. M2070
Dallas, TX 75206
214-731-3151
Email: kbr@rosscrimlaw.com

CJA Attorney for Ahmed Abdalla Allam


/s/ Elizabeth Emanuel
Elizabeth Emanuel
3300 Oak Lawn Ave., Suite 700
Dallas, Texas 75219
Email: liz@lizbrewerlaw.com
TX Bar No. 24126180

Attorney for Ahmed Abdalla Allam
(Retained)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served on all counsel of record via the Court's CM/ECF system this 26th day of March, 2024.

/s/ Kevin B. Ross

## Certificate of Compliance

1. This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because this motion contains 314 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft® Word for Microsoft 365 MSO (Version 2306 Build 16.0.16529.20164) 64-bit.

Date: March 26, 2024.

/s/ <i>Kevin B. Ross</i><br>Kevin B. Ross