# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

PLAINTIFF-APPELLEE,

VS.

AHMED ABDALLA ALLAM,

DEFENDANT-APPELLANT.

No. 24-40065

## UNOPPOSED MOTION TO SUSPEND BRIEFING SCHEDULE AND IN THE ALTERNATIVE, FOR A 30-DAY EXTENSION OF THE BRIEFING DATE

The Appellant's initial brief in this case is due April 29, 2024. Undersigned counsel is CJA appointed on appeal. On March 25, 2024, counsel was informed by attorney Elizabeth Emmanuel Brewer, that she had been retained to represent Mr. Allam on his appeal.  On March 26, 2024, undersigned counsel filed a motion to substitute counsel on appeal and have his retained counsel become the attorney of record and discharge undersigned counsel.  After talking with the Court's clerk's office, counsel was notified that there needed to be an affirmation by Mr.

Allam, through letter or signature on the motion, that he agreed with the substitution of counsel.

For the past month, both undersigned counsel and Ms. Elizabeth Emmanuel Brewer, have been trying to contact Mr. Allam regarding this matter. Unfortunately, he has been in transit and is now at FCI Allenwood Low. Multiple attempts to set up a legal phone call with Mr. Allam at FCI Allenwood have, to this date, been unsuccessful. The Court, on April 24, 2024, re-mailed a letter it sent to Mr. Allam on March 28, 2024 because of an address change. (Doc. 36).

Due to the communication issues with Mr. Allam regarding the pending motion to substitute counsel and the approaching briefing deadline on April 29, 2024, we are requesting the Court suspend the briefing schedule until we can communicate with Mr. Allam about the pending motion and have a ruling on the motion to substitute counsel. In the alternative, undersigned counsel asks for a Level 1 extension of 30-days to file Appellant's Brief.

On April 26, 2024, undersigned counsel conferred with Assistant United States Attorney, Bradley Visosky regarding the government's

position on this motion, and he stated the Government does not have any

opposition to either request in the motion.

Respectfully submitted,

/s/ Kevin B. Ross
Kevin B. Ross
Law Office of Kevin B. Ross, PC
8150 N. Central Expy, Ste. M2070
Dallas, TX 75206
214-731-3151
Email: kbr@rosscrimlaw.com

CJA Attorney for Ahmed Abdalla Allam

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was duly served on all counsel of record via the Court's CM/ECF system this 26th day of April, 2024.

/s/ Kevin B. Ross

## Certificate of Compliance

1.    This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because this motion contains 292 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

2.    This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft® Word for Microsoft 365 MSO (Version 2306 Build 16.0.16529.20164) 64-bit.

Date: April 26, 2024.

/s/ *Kevin B. Ross*
Kevin B. Ross