# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 29, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-40065   USA v. Allam
                 USDC No. 1:23-CR-10-1

The court has denied appellant's motion to suspend briefing and granted an extension of time to and including May 29, 2024 for filing appellant's brief in this case.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca L. Leto, Deputy Clerk
                        504-310-7703

Mr. Stephan Edward Oestreicher Jr.
Mr. John B. Ross
Mr. Kevin Blake Ross
Mr. Bradley Elliot Visosky