No. 24-40065

# In the United States Court of Appeals for the Fifth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

AHMED ABDALLA ALLAM,
*Defendant-Appellant.*

**UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S OPENING BRIEF**

Appellant Ahmed Abdalla Allam, through undersigned counsel, respectfully moves this Honorable Court to extend the deadline for his Appellant's Brief an additional 30 days, to June 28, 2024. *See* Fed. R. App. P. 26(b); 5th Cir. R. 27.1.1, 31.4.

**I.**

Mr. Allam pled guilty to possession of a firearm in a school zone, in violation of 18 U.S.C. § 922(q)(2)(A). The district court sentenced him to

60 months' imprisonment, followed by a three-year term of supervised release. Mr. Allam timely appealed.

## II.

This Court set an initial briefing deadline for April 29, 2024. The undersigned counsel was then retained to represent Mr. Allam. On March 26, Attorney Kevin Ross filed a motion to withdraw as counsel and to substitute undersigned counsel in his place. (Doc. 28). For the next month, both undersigned counsel and Mr. Ross attempted to contact Mr. Allam to fulfill the court's requirement that there needed to be an affirmation by Appellant, through letter or signature on the motion, that he agreed with substitution of counsel. Unfortunately, Mr. Allam was in transit and several attempts by both attorneys to set up a legal phone call with Appellant were unsuccessful.

On April 26, Mr. Ross and undersigned counsel filed a motion to suspend the briefing schedule until communication issues were resolved and this Court ruled on the motion to substitute counsel, or requesting a Level 1 extension of 30 days to file Appellant's Brief in the alternative. (Doc. 38). On April 29, this Court granted the motion to substitute (Doc.

45) and extended the time to file Mr. Allam's brief to May 29, 2024 (Doc. 43).

### III.

Undersigned counsel filed her Appearance Form the following day, April 30 (Doc. 45), and it was accepted by this Court on May 3 (Doc. 47). Due to her substitution in the case after the certified electronic record was filed, undersigned counsel was not automatically granted access to the record upon filing her appearance; she was able to access the record beginning May 21, 2024, the date of this filing.

### IV.

This extension is necessary and is not for purposes of delay. Counsel needs time to adequately review the lengthy record and research the legal issues involved in this case. Additionally, the communication issues with Appellant have unfortunately persisted; multiple attempts to set up a legal phone call at FCI Allenwood have, to this date, been unsuccessful. Counsel must be able to confer with Mr. Allam in preparation of his brief.

In addition to this appeal, as well as her regular case load, counsel has been consulting on several federal appellate matters for other firms

and is currently engaged in the following cases before the Texas Court of Appeals:

- *Eddie Henderson v. State of Texas* – Appellant's Brief filed 4/4, Ready to be set for oral argument

- *Cameron Warren v. State of Texas* – Appellant's Brief due 6/13

As a solo practitioner with no staff, counsel is responsible for all aspects of her practice, including clerical work, and needs additional time to file Mr. Allam's opening brief.

## V.

Mr. Allam is in federal custody at FCI Allenwood Low with a scheduled release date of May 4, 2027.

## VI.

Counsel contacted Assistant United States Attorney Stephan Oestreicher, who stated that the Government does not oppose this motion.

## VII.

For these reasons, Appellant Ahmed Abdalla Allam respectfully requests a 30-day extension of the current deadline to file his Appellant's Brief, to June 28, 2024.

Respectfully submitted,

/s/ *Elizabeth Emanuel*
ELIZABETH EMANUEL
3300 Oak Lawn Ave., Suite 700
Dallas, Texas 75219
(214) 253-9153
liz@lizbrewerlaw.com

**Attorney for Appellant**

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 21, 2024, the foregoing was filed with the Clerk of Court via the electronic filing system, which will send an electronic Notice of Docket Activity to the following Filing Users:

> Stephan Oestreicher, stephan.oestreicher@usdoj.gov,
> Bradley Visosky, bradley.visosky@usdoj.gov, and
> John Ross, john.ross5@usdoj.gov,
>     Assistant United States Attorneys.

"The court's electronic Notice of Docket Activity constitutes service of the filed document on all Filing Users." 5th Cir. R. 25.2.5.

s/ *Elizabeth Emanuel*
ELIZABETH EMANUEL

# CERTIFICATE OF COMPLIANCE

1.    This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 568 words.

2.    This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using the current version of Microsoft Word software, Microsoft Office 365 edition, in 14-point Century Schoolbook.

s/ *Elizabeth Emanuel*
ELIZABETH EMANUEL
Dated: May 21, 2024