# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 22, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40065   USA v. Allam
                   USDC No. 1:23-CR-10-1

The court has granted an extension of time to and including June 28, 2024 for filing appellant's brief in this case.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _____
            Rebecca L. Leto, Deputy Clerk
            504-310-7703

Ms. Elizabeth Emanuel
Mr. Stephan Edward Oestreicher Jr.
Mr. John B. Ross
Mr. Bradley Elliot Visosky