No. 24-40065

# In the United States Court of Appeals for the Fifth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

AHMED ABDALLA ALLAM,
*Defendant-Appellant.*

**UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S OPENING BRIEF**

Appellant Ahmed Abdalla Allam, through undersigned counsel, respectfully moves this Honorable Court to extend the deadline for his Appellant's Brief an additional 14 days, to June 12, 2024. *See* Fed. R. App. P. 26(b); 5th Cir. R. 27.1.1, 31.4.

**I.**

Mr. Allam pled guilty to possession of a firearm in a school zone, in violation of 18 U.S.C. § 922(q)(2)(A). The district court sentenced him to

60 months' imprisonment, followed by a three-year term of supervised release. Mr. Allam timely appealed.

## II.

This Court set an initial briefing deadline for April 29, 2024. The undersigned counsel was then retained to represent Mr. Allam, and a motion to substitute counsel (Doc. 28) was pending for over a month while the Court, Mr. Allam's counsel of record, and the undersigned counsel attempted to contact him to fulfill the Court's requirement that Appellant affirm—through letter or signature on the motion—his assent to the substitution. On April 29, the Court granted the motion to substitute counsel (Doc. 45) and extended the time to file Mr. Allam's brief to May 28 (Doc. 43).

On May 21, Appellant filed a motion requesting another 30 days to file his brief, based in large part on the fact that undersigned counsel was not granted access to the electronic record until that date and her ongoing inability to contact Mr. Allam at FCI Allenwood. (Doc. 49). The Court granted the motion, extending the deadline to June 28, 2024. (Doc. 53).

### III.

The central issue in this case concerns the constitutionality of Mr. Allam's statute of conviction, 18 U.S.C. § 922(q)(2)(A), under the Second Amendment. Undersigned counsel has drafted Appellant's brief in great reliance upon this Court's opinion in *United States v. Rahimi*, 61 F.4th 443 (5th Cir. 2023). On June 21—the date of this filing and just seven days before the current briefing deadline—the Supreme Court reversed this Court's *Rahimi* decision. *See United States v. Rahimi*, 602 U.S. ___ (2024). The Court's majority opinion was accompanied by five (5) different concurring opinions and one dissent—combining for a total of 103 pages.

### IV.

Counsel recognizes this Court requires extraordinary circumstances to grant an additional extension, *see* 5th Cir. R. 31.4.3.2, but assures this Court that such circumstances are present here and that this extension is absolutely necessary and not for purposes of delay. The brief already prepared by Counsel on behalf of Appellant relies significantly on this Court's interpretation and application of the test set forth in *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022).

This Court's *Rahimi* opinion has likewise informed the case law stemming from subsequent *Bruen* challenges. *See, e.g.*, *United States v. Daniels*, 77 F.4th 337 (5th Cir. 2023) (applying *Rahimi* and *Bruen* to question of § 922(g)(3)'s constitutionality). Counsel needs the additional time to assess the impacts of today's Supreme Court decision and ensure that she is presenting this Court with arguments based on proper authority.[1]

## V.

Mr. Allam is in federal custody at FCI Allenwood Low with a scheduled release date of May 31, 2027.

## VI.

Counsel contacted Assistant United States Attorney Stephan Oestreicher, who stated that the Government does not oppose this motion.

---

[1] Counsel wishes to emphasize that nothing in this motion operates as an assertion, commentary, or concession on the merits of any issue or on the relative weight of any authority. All arguments on the merits will be addressed in Appellant's brief and any subsequent briefing.

## VII.

For these reasons, Appellant Ahmed Abdalla Allam respectfully requests a 14-day extension of the current deadline to file his Appellant's Brief, to July 12, 2024.

Respectfully submitted,

/s/ *Elizabeth Emanuel*
ELIZABETH EMANUEL
3300 Oak Lawn Ave., Suite 700
Dallas, Texas 75219
(214) 253-9153
liz@lizbrewerlaw.com

**Attorney for Appellant**

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 21, 2024, the foregoing was filed with the Clerk of Court via the electronic filing system, which will send an electronic Notice of Docket Activity to the following Filing Users:

> Stephan Oestreicher, stephan.oestreicher@usdoj.gov,
> Bradley Visosky, bradley.visosky@usdoj.gov, and
> John Ross, john.ross5@usdoj.gov,
>    Assistant United States Attorneys.

"The court's electronic Notice of Docket Activity constitutes service of the filed document on all Filing Users." 5th Cir. R. 25.2.5.

                                                              s/ *Elizabeth Emanuel*
                                                              ELIZABETH EMANUEL

## CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 600 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared with the current version of Microsoft Word software, Microsoft Office 365 edition, using the proportionally spaced Century Schoolbook typeface in both the text (14-point) and footnotes (12-point).

              s/ *Elizabeth Emanuel*
              ELIZABETH EMANUEL
              Dated: June 21, 2024