No. 24-40065

# In the United States Court of Appeals for the Fifth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

AHMED ABDALLA ALLAM,
*Defendant-Appellant.*

**UNOPPOSED MOTION FOR LEAVE
TO FILE RECORD EXCERPTS OUT OF TIME**

Appellant Ahmed Abdalla Allam, through undersigned counsel, respectfully moves this Honorable Court for leave to file the attached record excerpts out-of-time. As grounds for this request, Counsel avers the following.

**I.**

After multiple extensions due to, *inter alia*, a delayed process for substituting counsel and the Supreme Court's decision in *United States v. Rahimi*, 144 S. Ct. 1889 (2024), Appellant's opening brief was timely

filed on July 17, 2024. ECF No. 60. This resulted in an August 1, 2024 deadline for submitting record excerpts.

## II.

Due to an administrative error, Counsel inadvertently mis-calendared the due date for the record excerpts as August 8, 2024, the date of this filing. Counsel is now acting to rectify her error and has tendered the proposed record excerpts with this request for leave to file the excerpts out of time. This motion is not made for dilatory purposes, nor is it requested lightly.

## III.

Mr. Allam's appeal challenges the constitutionality of his statute of conviction, 18 U.S.C. § 922(q)(2)(A), under the Second Amendment. After Mr. Allam filed his opening brief, Mahogane Reed of the Appellate Section of the Department of Justice's Criminal Division has entered her appearance as lead counsel for the United States and has requested a 30-day Level 1 Extension for filing the Government's brief.

**IV.**

Counsel has communicated with Ms. Reed, who indicated that the Government does not oppose this motion.

**V.**

For these reasons, Appellant Ahmed Abdalla Allam prays the Court grant this motion for leave to file the attached out-of-time record excerpts.

Respectfully submitted,

/s/ *Elizabeth Emanuel*
ELIZABETH EMANUEL
3300 Oak Lawn Ave., Suite 700
Dallas, Texas 75219
(214) 253-9153
liz@lizbrewerlaw.com

**Attorney for Appellant**

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 8, 2024, the foregoing was filed with the Clerk of Court via the electronic filing system, which will send an electronic Notice of Docket Activity to the following Filing Users:

    Mahogane Reed, mahogane.reed@usdoj.gov,
        Trial Attorney, Criminal Division, United States Department of Justice;

    Stephan Oestreicher, stephan.oestreicher@usdoj.gov,
    Bradley Visosky, bradley.visosky@usdoj.gov, and
    John Ross, john.ross5@usdoj.gov,
        Assistant United States Attorneys; and

    C.D. Michel, cmichellawyers.com,
        Counsel for Amicus Curiae.

"The court's electronic Notice of Docket Activity constitutes service of the filed document on all Filing Users." 5th Cir. R. 25.2.5.

                                      s/ *Elizabeth Emanuel*
                                      ELIZABETH EMANUEL

# CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 253 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared with the current version of Microsoft Word software, Microsoft Office 365 edition, using the proportionally spaced Century Schoolbook 14-point typeface.

s/ <i>Elizabeth Emanuel</i><br>
ELIZABETH EMANUEL<br>
Dated: August 8, 2024