# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 15, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40065   USA v. Allam
                   USDC No. 1:23-CR-10-1

The court has granted the motion to file record excerpts out of time in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jasmine J. Forman, Deputy Clerk

Ms. Elizabeth Emanuel
Mr. Carl D. Michel
Mr. Stephan Edward Oestreicher Jr.
Ms. Mahogane Denea Reed
Mr. John B. Ross
Mr. Bradley Elliot Visosky