No. 24-40065

# In the United States Court of Appeals for the Fifth Circuit

---

United States of America,
Plaintiff–Appellee,

v.

Ahmed Abdalla Allam,
Defendant–Appellant.

---

On Appeal from the United States District Court
for the Eastern District of Texas

---

**UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS ANSWERING BRIEF**

---

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 31.4.3, the United States respectfully moves this Court for a 21-day extension of its briefing deadline, to and including November 6, 2024. In support of this motion, the government, through undersigned counsel, represents the following:

1.  Following a guilty plea in the Eastern District of Texas, Ahmed Abdalla Allam was convicted of knowingly possessing a firearm in a school zone, in violation of 18 U.S.C. § 922(q)(2)(A). The district court sentenced

1

Allam to 60 months of imprisonment, to be followed by three years of supervised release. Allam timely appealed, and after three extensions totaling 74 days, he filed his opening brief on July 17, 2024. The government previously received two 30-day extensions of its briefing deadline. The government's brief is currently due on October 16, 2024.

2.     Undersigned counsel requires a 21-day extension of the briefing deadline. In the last few weeks, the undersigned has had to devote a substantial amount of time to other matters, including filing responses to petitions for rehearing in *United States v. Jackson*, No. 22-2870 (8th Cir.) (filed Sept. 10 2024), *United States v. Cunningham*, No. 22-1080 (8th Cir.) (filed Sept. 10, 2024), and *United States v. Doss*, No. 22-3662 (8th Cir.) (filed Oct. 4, 2024); and briefs in opposition to petitions for a writ of certiorari in *Pierre v. United States*, No. 24-37, and *Talbot v. United States*, No. 24-5258.

The undersigned also has several impending deadlines. The undersigned is responsible for preparing an opening brief in *United States v. VanDyke*, No. 24-2861 (9th Cir.), which is currently due on October 15, 2024. The undersigned also recently assumed responsibility for an appeal pending in the U.S. Court of Appeals for the Fourth Circuit. *United States v. Hunt*, No. 22-4525 (4th Cir.). The undersigned is preparing a court-ordered supplemental brief in that case, which

is due on October 11, 2024, and the Fourth Circuit has set argument for October 30, 2024.

3. Despite those other responsibilities, undersigned counsel has made substantial progress on the government's brief in this case. The undersigned nevertheless requires additional time to finalize the brief and have it reviewed by multiple components within the Department of Justice.

4. The government is not seeking this extension for purposes of delay, but instead to afford counsel sufficient time to prepare a brief that assists the Court in expeditiously resolving this appeal.

5. If the Court grants the requested extension, the government anticipates that it will be able to file its brief in this case within the time requested and without the need for an additional extension.

6. Undersigned counsel has conferred with Allam's counsel about this motion, and counsel does not oppose the government's request.

For these reasons, the government respectfully requests that the Court grant this motion for a 21-day extension of its briefing deadline, to and including November 6, 2024.

October 9, 2024     Respectfully submitted,

/s/ Mahogane D. Reed
MAHOGANE D. REED
Criminal Division, Appellate Section
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 615-1170
Mahogane.Reed@usdoj.gov

**CERTIFICATE OF COMPLIANCE**

1. This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 481 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point type Calisto MT font.

/s/ Mahogane D. Reed
MAHOGANE D. REED